NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRAEMAR MANUFACTURING, LLC,**
*Appellant*

v.

**INFOBIONIC, INC.,**
*Appellee*

---

2017-1728, 2017-1729

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01679 and IPR2015-01688.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than April 12, 2017.

2   BRAEMAR MANUFACTURING, LLC v. INFOBIONIC, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31