# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 2017-1728, -1729

BRAEMAR MANUFACTURING, LLC

v.

INFOBIONIC, INC.

## ENTRY OF APPEARANCE

Please enter my appearance (select one):

    ___ Pro Se     _x_ As counsel for:  InfoBionic, Inc.
                                                                       Name of parties

I am, or the party I represent is (select one):

    ___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellants

    ___ Appellant    _x_ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    ___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jonathan M. Strang |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh Street, NW, Suite 1000 |
| City, State and ZIP: | Washington, DC  20004-1304 |
| Telephone: | (202) 637-2200 |
| Fax #: | (202) 637-2201 |
| E-mail address: | jonathan.strang@lw.com |

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_x_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   April 4, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___ Yes          _x_ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| March 17, 2017 | /s/ Jonathan M. Strang |
|---|---|
| Date | Signature of counsel |

cc:   Counsel of Record (*see* Certificate of Service)

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2017, I caused the foregoing to be served by electronic means through the Court's CM/ECF system on all counsel who are registered CM/ECF users.

*/s/ Jonathan M. Strang*
Jonathan M. Strang
